■ RITA DICARLO, Appellant, v BEACWAY OPERATING, LLC, Respondent. [932 NYS2d 697]—

Dismissal of the complaint was warranted. The plain terms of a prior stipulation of settlement in defendant's nonpayment proceeding resolved all grievances between the parties, including plaintiff's counterclaim of harmful mold exposure while she was a tenant in defendant's apartment (*see Matter of Matinzi v Joy*, 96 AD2d 780, 781 [1983], *affd* 60 NY2d 835 [1983]).

The evidence presented by plaintiff on the motion to renew did not warrant a different result.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Tom, Catterson, Richter and Román, JJ.